**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNIVERSITY LEGAL SERVICES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:18-cv-00301 |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff University Legal Services, d/b/a Disability Rights DC, hereby dismisses all causes of action in the complaint against Defendant District of Columbia (the District) without prejudice. Pursuant to Rule 41(a)(1)(A)(ii), the District has stipulated to and signed this notice.

Date:   June 28, 2019

Respectfully submitted,

| | |
|---|---|
|   /s/                                   | KARL A. RACINE |
| DISABILITY RIGHTS DC | Attorney General for the District of Columbia |
| Sandra Bernstein, Esq. (455355) | |
| Mary Nell McGarity Clark, Esq. (419732) | TONI MICHELLE JACKSON |
| Jessica V. Den Houter, Esq. (241475) | Deputy Attorney General |
| 220 I Street, NE, Suite 130 | Public Interest Division |
| Washington, DC 20002 | |
| Tel:  202-547-0198 | /s/ Gregory M. Cumming |
| Fax:  202-547-2662 (not for service) | GREGORY M. CUMMING (1018173) |
| | Acting Chief, Equity Section |
| John McCarthy, Esq. (430035) | |
| Matthew Cohen, Esq. (987395) | /s/ Michael A. Tilghman II |
| CROWELL & MORING LLP | MICHAEL A. TILGHMAN II (988441) |
| 1001 Pennsylvania Avenue, NW | ROBERT RICH (1016908) |
| Washington, DC 20004 | Assistant Attorneys General |
| Tel: (202) 624-2500 | 441 Fourth Street, N.W., Suite 630 South |
| Fax: (202) 628-5116 | Washington, D.C. 20001 |
| | Tel: (202) 727-6247; (202) 724-6591 |
| | Email: michael.tilghman@dc.gov; robert.rich@dc.gov |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant District of Columbia* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, a copy of the foregoing ***Stipulation of Voluntary Dismissal without Prejudice*** was filed electronically through the Court's ECF system on all parties of record.

/s/ Matthew Cohen_____

3